UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PHILIP STOTT, | Case No. 3:19-cv-00133-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Respondents. | |

Respondents' motion for enlargement of time (ECF No. 9) is granted. Respondents will have until June 7, 2019, to file the exhibits and index of exhibits in support of their motion to dismiss. In light of this extension, the deadline for Petitioner to respond to the motion to dismiss will also be extended. Petitioner will have until June 21, 2019, to file a response to the pending motion to dismiss.

DATED THIS 3rd day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE