UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PHILIP STOTT, | Case No. 3:19-cv-00133-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Respondents. | |

Petitioner's motion for an extension of time (ECF No. 20) is granted. Petitioner will have until July 23, 2019, to file an opposition to Respondents' motion to dismiss.

Petitioner indicates that he has not received a copy of the motion to dismiss itself, despite Respondents' certification that they mailed him a copy of the motion. The Clerk of Court is therefore directed to send Petitioner a copy of Respondents' motion to dismiss (ECF No. 8), along with a copy of this order.

DATED THIS 19th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE