UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHILIP STOTT,

                Petitioner,

v.

JAMES DZURENDA, *et al.*,

                Respondents.

Case No. 3:19-cv-00133-MMD-WGC

ORDER

This habeas matter is before the Court on Respondents' Motion for Leave to File Exhibits Under Seal (ECF No. 24). Respondents seek leave to file under seal two exhibits in support of the Motion to Dismiss (ECF No. 8): Petitioner's Confidential Psychological and Substance Evaluation (ECF No. 25-1); and Presentence Investigation Report ("PSI") (ECF No. 25-2). Under Nevada law, the PSI is "confidential and must not be made a part of any public record." NRS § 176.156(5). In addition, the need to protect medical privacy generally qualifies as a "compelling reason" for sealing records in connection with a dispositive motion. *E.g.*, *Abbey v. Hawaii Emp'rs Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010); *see also* NRS § 433A.715(1) (requiring courts to seal records related to mental health treatment).

Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Petitioner's safety, medical privacy, and/or personal identifying information outweighs the public interest in open access to court records. Accordingly, the Motion (ECF No. 24) is granted, and the exhibits (ECF No. 25) are considered properly filed under seal.

DATED THIS 16th day of September 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE